IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERRITT ALLEN C.KARAU ,

        Plaintiff,                 JUDGMENT IN A CIVIL CASE

  v.

                                      Case No. 15-cv-1-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Gerritt Allen C.Karau attorney fees in the amount of $6,659.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

 

| s/ V. Olmo, Deputy Clerk | 2/22/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |